

LETITIA JAMES
ATTORNEY GENERAL

> Application granted. The conference scheduled for August 12, 2021 at 11:00 a.m. is adjourned to September 13, 2021 at 11:30 a.m. At the time of the scheduled conference, all parties shall call (888) 398-2342; access code: 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 25.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         August 11, 2021

**By ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    *Gerlis v. New York State Department of Health*
              Southern District of New York, 20-cv-5107 (PMH)

Dear Judge Halpern:

      This Office represents Defendant New York State Department of Health in the above-referenced case and submits this letter seeking an adjournment of the conference currently scheduled for August 12, 2021 until the week of September 5th or thereafter. This is the first such request. Counsel for plaintiff consents to this request.

      The reason for this request is that the parties are still discussing the possibility of settlement. Additional time is needed for the parties to explore whether this matter can be settled.

      The requested adjournment would not affect any other deadlines as discovery is now closed. Therefore, the Parties have not attached a revised Civil Case Management Plan.

      Thank you for your consideration of this matter.

                            Respectfully Submitted,
                            _____/s/
                            Nia R. Stanford
                            Assistant Attorney General

cc: Andrew Rozynski (VIA ELECTRONIC MAIL)